UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**WILLIAM H. OLIVER, JR., ESQ.**
Attorney at Law
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500

Order Filed on October 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIE C. WORRILL

Case No.: 19-27575

Adv. No.:

Hearing Date: Oct. 9, 2019 @ 9am

Judge: Michael B. Kaplan

## ORDER TO CONTINUE AUTOMATIC STAY
## LIMITED TO SECURED AND UNSECURED CREDITORS THAT ARE LISTED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   WILLIE C. WORRILL
Case No.: 19-27575(MBK)
Caption of Order: ORDER TO CONTINUE AUTOMATIC STAY LIMITED TO SECURED AND UNSECURED CREDITORS THAT ARE LISTED
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued and limited to secured and unsecured creditors that are listed below until further Order of the Court;

    a. **See attached Addendum with all secured and unsecured creditor that are listed.**

2. A copy of this Order shall be served on all interested parties within __7__ days of the entry of this Order.

Debtor: Willie C. Worrill
Case No. 19-27575(MBK)

# SERVICE LIST
## ADDENDUM TO ORDER TO CONTINUE AUTOMATIC STAY

The Bank of New York Mellon,
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

McCalla Raymer Leibert Pierce
99 Wood Ave, Suite 803
Iselin, NJ 08830

Specialized Loan Servicing
C/O Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830

Specialized Loan Servicing, LLC
PO Box 636005
Littleton, CO 80163

KML Law Group PC
Sentry Office Plaza
216 Haddon Avenue, Suite 206
Westmont, NJ 08108

Bonial & Associates
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062

Bonial & Associates
P.O. Box 9013
Addison, TX 75001

Toby Wells, CEO
Specialized Loan Servicing
8742 Lucent Blvd STE 300
Highlands Ranch, CO 80129-2386

OneMain Financial Group, LLC
PO Box 70912
CHARLOTTE, NC 28272-0912

Wells Fargo Bank Nv Na
2324 Overland Drive
Dallas, TX 75266

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Onemain
Po Box 499
Hanover, MD 21076

OneMain Financial Group
6801 Coldwell Blvd.
Mail Stop: NTSB:1310
Irving, TX 75039

OneMain Financial
Po Box 1010
Evansville, IN 47706

State of New Jersey
Division of Taxation
Bankruptcy Unit
P.O. Box 245
Trenton, NJ 08695-0245

Wf/Wb
Po Box 3117
Winston Salem, NC 27102

Cbna
Po Box 6497
Sioux Falls, SD 57117

1st Crd Srvc
One Woodbridge Cen Suite 410
Woodbridge, NJ 07095

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Aspen Coll
Pob 5129
Spring Hill, FL 34611

Willowbend Condominium Assoc.
c/o Cutolo Mandel LLC
151 Highway 33 East, Suite 204
Manalapan, New Jersey 07726

Santander Bank, N.A.
601 Penn Street
10-6438-FB7
Reading, PA 19601

Wells Fargo Bank, N.A.
1 Home Campus X2303-01A
Des Moines, IA 50328-0001

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Santander Bank Na
865 Brook St
Rocky Hill, CT 06067

Amex
P.o. Box 981537
El Paso, TX 79998

Willowbend Condo Association
PO Box 64148
Phoenix, AZ 85082

United States Bankruptcy Court
District of New Jersey

In re:  
Willie C Worrill  
    Debtor

Case No. 19-27575-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 09, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.  
db            +Willie C Worrill,    285 Lily Lane,    Freehold, NJ 07728-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:  
            Albert    Russo    docs@russotrustee.com  
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
             as Trustee et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
             as Trustee et al... rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            William H. Oliver, Jr.    on behalf of Debtor Willie C Worrill bkwoliver@aol.com,  
             R59915@notify.bestcase.com  
                                                                                                            TOTAL: 5