| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |

Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Willie C. Worrill,

　　　　　　　　　　　　　　　Debtor.

Chapter: 13

Case No.: 19-27575-MBK

Hearing Date: May 27, 2020

Judge: Michael B. Kaplan

**CONSENT ORDER RESOLVING
MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:            Willie C. Worrill
Case No.:          19-27575-MBK
Caption of Order:  **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The total post-petition arrearage as of May 18, 2020 is $**7,353.76**.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **285 Lily Lane, Freehold, New Jersey 07728** ("Property") provided that the Debtor complies with the following:

   a. On or before May 30, 2020, the Debtor shall make a lump sum payment of $4,400.00 directly to Creditor;

   b. Beginning with the June 1, 2020 payment, the Debtor shall cure the remaining post-petition arrearage amount after receipt of the lump sum, namely $2,953.76, by making 6 consecutive monthly payments of $492.29 directly to Creditor;

   c. In addition to the above payments, resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the June 1, 2020 payment; and

   d. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. All payments due hereunder to be made directly Creditor shall be sent to the following address: **Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.**

5. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED:**

R. Cameron Legg, Esq.
Oliver & Legg, LLC
2240 State Highway 33, Suite 112
Neptune, NJ 07753
*Counsel for Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

Dated this 26 day of May 2020.