| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
|---|

Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br>Willie C. Worrill,<br><br><br>                                        Debtor. |
|---|

Chapter: 13

Case No.: 19-27575-MBK

Hearing Date: May 27, 2020

Judge: Michael B. Kaplan

**CONSENT ORDER RESOLVING**
**MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:           Willie C. Worrill
Case No.:         19-27575-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The total post-petition arrearage as of May 18, 2020 is **$7,353.76**.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **285 Lily Lane, Freehold, New Jersey 07728** ("Property") provided that the Debtor complies with the following:

    a. On or before May 30, 2020, the Debtor shall make a lump sum payment of $4,400.00 directly to Creditor;

    b. Beginning with the June 1, 2020 payment, the Debtor shall cure the remaining post-petition arrearage amount after receipt of the lump sum, namely $2,953.76, by making 6 consecutive monthly payments of $492.29 directly to Creditor;

    c. In addition to the above payments, resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the June 1, 2020 payment; and

    d. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. All payments due hereunder to be made directly Creditor shall be sent to the following address: **Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.**

5. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED:**

R. Cameron Legg, Esq.
Oliver & Legg, LLC
2240 State Highway 33, Suite 112
Neptune, NJ 07753
*Counsel for Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

Dated this 26 day of May 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Willie C Worrill  
    Debtor

Case No. 19-27575-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 08, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
db          +Willie C Worrill,   285 Lily Lane,   Freehold, NJ 07728-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon bk@stewartlegalgroup.com
        Joseph Andrew Kutschman, III    on behalf of Creditor    Willowbend Condominium Association, Inc, jkutschman@cutolobarros.com, ecourts@cutolobarros.com
        Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Debtor Willie C Worrill courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
                                                                                                          TOTAL: 7