Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27575−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie C Worrill
   285 Lily Lane
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5694

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/8/23 at 09:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:31 Consent Order filed by Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon. Objection deadline is 01/6/2023. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 1/6/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court