**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Willie C Worrill<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5694<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27575–MBK | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Willie C Worrill

<u>1/30/24</u>                                                  **By the court:** <u>Michael B. Kaplan</u>
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 19-27575-MBK
Willie C Worrill                                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 3
Date Rcvd: Jan 30, 2024             Form ID: 3180W             Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willie C Worrill, 285 Lily Lane, Freehold, NJ 07728-4037 |
| 518458899 | + | 1st Crd Srvc, One Woodbridge Cen Suite 410, Woodbridge, NJ 07095-1318 |
| 518458902 | ++ | ASPEN NATIONAL COLLECTIONS, PO BOX 10689, BROOKSVILLE FL 34603-0689 address filed with court:, Aspen Coll, Pob 5129, Spring Hill, FL 34611 |
| 518458912 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3451 |
| 518479916 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 518531079 | + | Willowbend Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 30 2024 20:51:39 | Specialized Loan Servicing LLC as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518458900 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 20:59:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518458901 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 20:59:13 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518458903 | + | EDI: BANKAMER | Jan 31 2024 01:42:00 | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 518458904 | + | EDI: CITICORP | Jan 31 2024 01:42:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518458905 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 20:59:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518458906 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 20:58:58 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518458907 | | EDI: IRS.COM | Jan 31 2024 01:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518559615 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 20:58:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518482784 | | EDI: AGFINANCE.COM | Jan 31 2024 01:42:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518458909 | + | EDI: AGFINANCE.COM | Jan 31 2024 01:42:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 518458910 | + EDI: AGFINANCE.COM | Jan 31 2024 01:42:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 518458911 | + EDI: AGFINANCE.COM | Jan 31 2024 01:42:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 518458908 | + EDI: AGFINANCE.COM | Jan 31 2024 01:42:00 | Onemain, Po Box 499, Hanover, MD 21076-0499 |
| 518458914 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 30 2024 20:55:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518458913 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2024 20:56:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518578559 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2024 20:56:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518537971 | + EDI: WFFC2 | Jan 31 2024 01:42:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 518458915 | + EDI: WFFC2 | Jan 31 2024 01:42:00 | Wf/Wb, Po Box 3117, Winston Salem, NC 27102-3117 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Willowbend Condominium Association, Inc,, Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 27 |

|  |  |
|---|---|
|  | bk@stewartlegalgroup.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Willowbend Condominium Association  Inc, jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Robert Cameron Legg | on behalf of Debtor Willie C Worrill courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6